UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 05-29540 JHW

Debtor: Abraham M. Rodriguez

| Check Number | Creditor | Amount |
|---|---|---|
| 1693919 | Wells Fargo Home Mortgage, Inc. | 2181.03 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    June 8, 2010